STATE OF LOUISIANA      *      NO. 2024-K-0378

VERSUS      *      COURT OF APPEAL

JOSHUA CHANEY      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *


DLD      DYSART, J., CONCURS IN THE RESULT